STATE of Missouri, Plaintiff/Respondent,

v.

Richard JACOBS, Defendant/Appellant.

Richard JACOBS, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 62831, 64519.

Missouri Court of Appeals, Eastern District, Division Four.

March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 7, 1994.

Application to Transfer Denied May 26, 1994.

Michael A. Gross, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

A jury convicted defendant of felony stealing in violation of § 570.030, RSMo 1986. The court sentenced defendant to pay a fine of $1000. Defendant raises three points on direct appeal. He also raises two points concerning the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rule 30.25(b) and 84.16(b).